

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00323-CR
No. 02-25-00324-CR
No. 02-25-00325-CR
No. 02-25-00326-CR
No. 02-25-00327-CR
No. 02-25-00328-CR
No. 02-25-00329-CR

———————————————

KOUNSTANCE SHAVON OVERTON, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 372nd District Court
Tarrant County, Texas
Trial Court Nos. 1743278, 1743280, 1743282, 1743287, 1743289, 1743290, 1743292

---

Before Womack, Wallach, and Walker, JJ.
Memorandum Opinion by Justice Womack

**MEMORANDUM OPINION**

Appellant Kounstance Shavon Overton attempts to appeal the "Supplement/Amendment to Conditions of Community Supervision" signed by the trial court and herself in seven separate trial-court proceedings.

On October 3, 2025, we notified Overton of our concern that we lack jurisdiction over these appeals. We explained that in criminal cases, our jurisdiction is generally limited to appeals from judgments of conviction. *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (per curiam). We also stated that it appeared that we lack jurisdiction over these appeals because the trial court has not entered any appealable orders. *See Davis v. State*, 195 S.W.3d 708, 711 (Tex. Crim. App. 2006) (noting that orders modifying conditions of community supervision are not independently appealable); *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977) (holding that an order modifying the conditions of community supervision is not appealable at the time of modification). We warned Overton that unless she or any party desiring to continue the appeals filed a response by October 13, 2025, showing grounds for continuing the appeals, we could dismiss the appeals for want of jurisdiction. *See* Tex. R. App. P. 43.2(f), 44.3.

Overton has not filed a response to our letter expressing our jurisdictional concern. Accordingly, we dismiss these appeals for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *Davis*, 195 S.W.3d at 711; *Basaldua*, 558 S.W.2d at 5; *McKown*, 915 S.W.2d at 161; *see also Landrum v. State*, No. 04-23-00864-CR, 2023 WL 8610138,

at \*1 (Tex. App.—San Antonio Dec. 13, 2023, no pet.) (per curiam) (mem. op., not designated for publication) ("Because the order modifying the terms of Appellant's deferred adjudication is not an appealable order, we dismiss this appeal for want of jurisdiction.").

/s/ Dana Womack

Dana Womack
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  November 6, 2025